1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

WILLIAM ANTHONY VAUGHN,              )     Case No. CV 09-802-JVS(CT)
11                                   )
                    Plaintiff,       )     ORDER TO SHOW CAUSE
12                                   )
          v.                         )
13                                   )
MICHAEL J. ASTRUE,                   )
14   Commissioner of Social          )
     Security Administration,        )
15                                   )
                    Defendant.       )
16   _____ )

17        On March 13, 2006, plaintiff filed a counseled complaint for

18   benefits in this court in case number CV 06-1537-CT.  On June 15, 2006,

19   plaintiff voluntarily stipulated to remand the case pursuant to sentence

20   6 of 42 U.S.C. § 405(g) for reconstruction of the administrative record

21   in order to hold another administrative hearing and issue a new

22   decision.  (See June 15, 2006 Stipulation to Voluntary remand).  The

23   docket in the Ninth Circuit Court of Appeals No. 09-55023 indicates that

24   plaintiff is currently appealing the decision in case number CV 06-1537-

25   CT.

26        On February 5, 2009, plaintiff filed a document entitled "complaint

27   for" in the above-captioned case.  In the complaint he names Michael J.

28   Astrue (Commissioner of Social Security) as defendant.  He appears to

1   complain about conclusions reached in his case by the Social Security

2   Administration.

3       It is unclear whether this court currently has jurisdiction in this

4   matter because of plaintiff's pending appeal in the Ninth Circuit.

5   Additionally, it is unclear whether plaintiff is attempting to file a

6   new case following an adverse decision after the June 15, 2006, remand

7   and, if so, whether he has exhausted his administrative remedies.  It is

8   also unclear whether case number CV 06-1537-CT should be reopened in

9   this court at this time.

10      Plaintiff and defendant are to file separate documents **on or before**

11  **February 23, 2009** answering these questions and advising the court of

12  appropriate action to be taken at this time.

13  DATED: February 10, 2009

14

15                              CAROLYN TURCHIN
                                UNITED STATES MAGISTRATE JUDGE
16

17  cc:  William Anthony Vaughn
          8940 Kramerwood Place
          Los Angeles, Ca 90034
18
          Sharla Cerra, AUSA
19        Federal Building, Suite 7516
          300 North Los Angeles Street
20        Los Angeles, CA 90012

21

22

23

24

25

26

27

28